IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

RECEIVED
DEC 0 6 2023
U.S. District Court
Middle District of TN

| | |
|---|---|
| ANTONIUS CARTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-00730 |
| MIMI LAWRENCE, et al., | ) Judge Crenshaw |
| | ) Magistrate Judge Holmes |
| Defendants. | ) |

## OBJECTION TO MAGISTRATE'S ORDER AND MOTION FOR REVIEW

Comes now the Plaintiff, pro se, and objects to the Order filed on September 12, 2023 by Magistrate Judge Barbara D. Holmes (Docket No. 21).

Plaintiff initially notes that this objection is beyond the 14-day deadline for filing objections to said Order. However, the Plaintiff did not receive a copy of said Order until Magistrate Holmes issued another Order (Docket No. 24) on November 14, 2023, directing the Court Clerk to send Plaintiff a copy of the Order filed on Sept. 12 (Docket No. 21). The mailroom at BCCX, the facility where Plaintiff is located, maintains a log of legal mail received, and there are no entries for mail from the Court, addressed to Plaintiff, being received from Sept. 12 through Sept. 30, 2023, indicating he did not previously receive a copy of the Sept. 12 Order.

Plaintiff received the Magistrate's most recent Order (Docket No. 24) on Nov. 20, 2023 according to the date stamp on the envelope, and this objection is filed within 14 days of receiving said Order and the accompanying copy of the Sept. 12 Order (Docket No. 21). Therefore, Plaintiff requests that the Court consider this objection to be timely as it is submitted within 14 days after Plaintiff received a copy of Docket No. 21 – the Order to which he now objects.

Specifically, Plaintiff objects to the Magistrate's denial of his motion to appoint counsel. Plaintiff did not merely seek counsel based on the fact of his current incarceration or due to his indigent status. Rather, he produced evidence, in the form of Exhibits A and B attached to his motion, that he has a documented intellectual disability, limited reading ability (4th grade), no legal or litigation experience, and is functionally unable to prosecute this case by himself. As set forth in his motion, according to his most recent psychological evaluation, Plaintiff scored a "Full Scale IQ" of 60, which indicated "that overall he is functioning in the borderline range of intelligence ... which falls below the 1st percentile rank in comparison to his peers." He set forth facts in his motion that indicate he has exceptional circumstances which warrant appointment of counsel.

Plaintiff relies on the legal arguments included in his motion to appoint counsel in support of this objection and motion for review, and incorporates them by reference herein.

Thus far, all pleadings filed by the Plaintiff, including this one, have been written by a "jailhouse lawyer," not by the Plaintiff himself; however, that jailhouse lawyer is not able to assist him throughout the rest of this litigation.

Based upon the foregoing, Plaintiff objects to the Magistrate's Order filed Sept. 12, 2023 (Docket No. 21) with respect to the denial of his motion to appoint counsel, and requests that the District Court review said Order in light of Plaintiff's objections.

Respectfully submitted,

*[signature]*

Antonius Carter #453371
BCCX 24A-222
1045 Horsehead Rd.
Pikeville, TN 37367

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded, by U.S. Postal mail, postage prepaid, to:

Benjamin A. Puckett, Atty.
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219-6300

On this 29 day of November, 2023.

/s/ ANTONIUS CARTER

453371 Antonius Carter
B.C.C.X.
1045 Horsehead Rd.
Pikeville, TN 37367

CHATTANOOGA TN 373
1 DEC 2023 PM 4 L

RECEIVED
DEC 06 2023
U.S. District Court
Middle District of TN

U.S. District Court
Attn: Court Clerk
719 Church Street
Nashville

37203

RECEIVED
DEC 01 2023
BCCX MAILROOM
OUTGOING

THE DEPARTMENT OF CORRECTION BCCX HAS NEITHER INSPECTED NOR CENSORED AND IS NOT RESPONSIBLE FOR THE CONTENTS